UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ORLANDO CARDONA et al., | ) | Case No.: 12-CV-03328-LHK |
| Plaintiffs, | ) | |
| v. | ) | ORDER TRANSFERRING CASE |
| WASHINGTON MUTUAL BANK, F.A. et al., | ) | |
| Defendants. | ) | |

Plaintiffs filed this action on June 27, 2012. On the Civil Cover Sheet, Plaintiffs checked the box for the San Jose Division, and the case was assigned here. However, Civil Local Rule 3-2, which governs assignment of actions, requires that actions arising in San Mateo County be assigned to the San Francisco or Oakland Divisions. The Complaint, ECF No. 1, indicates that this action arises from events in San Mateo County. Accordingly, pursuant to Civil Local Rule 3-2(h), the Court orders the case transferred to the San Francisco Division.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03328
ORDER TRANSFERRING CASE