1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ORLANDO CARDONA and SILVIA              No. 12-3328 MMC
    CORDONA,
12                                          **ORDER DIRECTING PLAINTIFFS TO**
              Plaintiffs,                    **SHOW CAUSE WHY COMPLAINT**
13                                           **SHOULD NOT BE DISMISSED;**
         v.                                  **CONTINUING CASE MANAGEMENT**
14                                           **CONFERENCE**
    WASHINGTON MUTUAL BANK, et al.,
15
              Defendants.
16  _____/

17        "If a defendant is not served within 120 days after the complaint is filed, the court –

18  on motion or on its own after notice to the plaintiff – must dismiss the action without

19  prejudice against that defendant or order that service be made within a specified time."

20  Fed. R. Civ. P. 4(m).

21        On June 27, 2012, plaintiffs filed the instant complaint, naming therein fifteen

22  defendants.  To date, plaintiffs have not filed proof of service of the summons and

23  complaint upon any of the defendants.  Accordingly, pursuant to Rule 4(m), plaintiffs are

24  hereby ORDERED TO SHOW CAUSE, in writing and no later than December 7, 2012, why

25  plaintiffs' complaint should not be dismissed for failure to serve within the time required by

26  Rule 4(m).

27  //

28  //

**United States District Court**
For the Northern District of California

1     In light of the above, the Case Management Conference is hereby CONTINUED

2   from December 14, 2012 to January 25, 2013, at 10:30 a.m.  A Joint Case Management

3   Statement shall be filed no later than January 18, 2013.

4     **IT IS SO ORDERED.**

5

6   Dated:  November 20, 2012

7   _____
     MAXINE M. CHESNEY
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2