**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO CARDONA and SILVIA CORDONA,

        Plaintiffs,

  v.

WASHINGTON MUTUAL BANK, et al.,

        Defendants.

No. 12-3328 MMC

**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED; CONTINUING CASE MANAGEMENT CONFERENCE**

"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

On June 27, 2012, plaintiffs filed the instant complaint, naming therein fifteen defendants. To date, plaintiffs have not filed proof of service of the summons and complaint upon any of the defendants. Accordingly, pursuant to Rule 4(m), plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than December 7, 2012, why plaintiffs' complaint should not be dismissed for failure to serve within the time required by Rule 4(m).

//

//

In light of the above, the Case Management Conference is hereby CONTINUED from December 14, 2012 to January 25, 2013, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than January 18, 2013.

**IT IS SO ORDERED.**

Dated: November 20, 2012

_____
MAXINE M. CHESNEY
United States District Judge