IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO CARDONA and SILVIA
CARDONA,                                             No. CV-12-3328 MMC

        Plaintiffs,                          **JUDGMENT IN A CIVIL CASE**

  v.

WASHINGTON MUTUAL BANK, et al.,

        Defendants.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Plaintiffs' complaint is hereby DISMISSED without prejudice.

Dated: December 14, 2012                    Richard W. Wieking, Clerk

                                         *Tracy Lucero*

                               By: Tracy Lucero
                               Deputy Clerk